No. 78–5969.  RYAN v. MONTANA.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.

No. 78–926.  JACKSON v. UNITED STATES, ante, p. 913;
No. 78–5762.  LUCK v. JACKSON, CORRECTIONS DIRECTOR, ET AL., ante, p. 920;
No. 78–5906.  WARDEN v. WYRICK, WARDEN, ante, p. 924;
No. 78–5954.  TEPLITSKY v. ENVIRONMENTAL PROTECTION AGENCY ET AL., ante, p. 937; and
No. 78–6056.  GORDON v. UNITED STATES, ante, p. 928.
Petitions for rehearing denied.

MARCH 29, 1979

No. 78–1257.  GOODE v. HORIZONS TOWNE HOUSE, LTD., ET AL.  C. A. 2d Cir.  Certiorari dismissed under this Court's Rule 60.

APRIL 2, 1979*

No. 77–1833.  SUN OIL COMPANY OF PENNSYLVANIA v. UNEMPLOYMENT COMPENSATION BOARD OF REVIEW OF PENNSYLVANIA ET AL.  Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 78–1243.  WERNET v. MINNESOTA.  Appeal from Dist. Ct. Minn., 4th Jud. Dist., dismissed for want of substantial federal question.

*MR. JUSTICE POWELL took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date.